# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH L. KING,<br><br>Defendant. | CASE NO. 2:18-CR-238<br><br>JUDGE Judge Graham<br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br>18 U.S.C. § 924(d)(1)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 18, 2018, in the Southern District of Ohio, the Defendant, **JOSEPH L. KING**, having been convicted of one or more of the following crimes punishable by imprisonment for a term exceeding one year in the Franklin County Court of Common Pleas, Columbus, Ohio: (1) on or about October 16, 2003, in case number 03-CR-00523, Trafficking in Drugs and Possession of Drugs; (2) on or about August 5, 1998, in case number 98-CR-000157, Trafficking in Drugs; and (3) on or about May 8, 1995, in case number 94-CR-002507, Theft, did knowingly possess, in or affecting interstate commerce, the following firearm, specifically, a loaded Taurus model PT738, .380 caliber semi-automatic pistol, serial number 12387D.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are incorporated for the purpose of alleging forfeiture to the United States under 18 U.S.C. § 924.

2. Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **JOSEPH L. KING**, shall forfeit to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in or used in such violation, including but not limited to the following:

    a. Taurus model PT738, .380 caliber semi-automatic pistol, serial number 12387D.

    b. Assorted ammunition

Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedures.

**A TRUE BILL**

/s/ FOREPERSON
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

/s/ Jonathan Grey
**JONATHAN J.C. GREY, (6292918-IL)**
**Assistant United States Attorney**

/s/ Melanie R. Tobias
**MELANIE R. TOBIAS (0070499-OH)**
**Special Assistant United States Attorney**